MARY HENNESSY, Respondent, v. THE BROOKLYN CITY RAIL-
       ROAD COMPANY, Appellant.

Reported below, 73 Hun, 569.
(Argued November 1, 1895; decided November 26, 1895.)

APPEAL from judgment of the General Term of the
Supreme Court in the second judicial department, entered
upon an order made December 1, 1893, which affirmed a
judgment in favor of plaintiff entered upon a verdict, and also
affirmed an order denying defendant's motion for a new trial.

*Matthew Hale* for appellant.

*James C. Church* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY and HAIGHT, JJ., not sitting.

---

In the Matter of the Application for the Probate of the Last
   Will and Testament of KATE L. LAUDY, Deceased; KATE
   P. U. ELLIOTT, Appellant; THE PETER COOPER UNION et
   al., Respondents.

147 b 721
s 161  431

(Submitted November 25, 1895; decided December 3, 1895.)

MOTION for re-argument.

*Daniel G. Rollins* for motion.

*P. H. Vernon* and *H. B. Closson* opposed.

Motion granted.